**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Bonnie <br> First name <br><br> Alexandra <br> Middle name <br><br> Grullon-Cooper <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and doing business as names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 6 7 8 <br> OR <br> 9 xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9 xx – xx – ____ ____ ____ |

Debtor 1    Bonnie Alexandra Grullon-Cooper
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN |

**5. Where you live**

906 Torrey Pines Ct
_____
Number    Street

_____

McDonough                    GA    30253
_____
City                    State    ZIP Code

Henry County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                    State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City                    State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

Debtor 1   Bonnie Alexandra Grullon-Cooper
           First Name    Middle Name    Last Name                              Case number *(if known)*_____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.   District _____   When _____   Case number _____

District _____   When _____   Case number _____

District _____   When _____   Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number, if known_____

Debtor _____   Relationship to you _____

District _____   When _____   Case number, if known_____

---

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | Bonnie Alexandra Grullon-Cooper | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:**  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                                             State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankrutcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

**Part 4:**  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?



If immediate attention is needed, why is it needed?



Where is the property?

---

| Debtor 1 | Bonnie Alexandra Grullon-Cooper | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Bonnie Alexandra Grullon-Cooper | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Bonnie Alexandra Grullon-Cooper                ✗ _____

Signature of Debtor 1                                                          Signature of Debtor 2

Executed on   01/22/2025                                          Executed on _____
                      MM / DD /YYYY                                                              MM / DD / YYYY

---

Debtor 1  Bonnie Alexandra Grullon-Cooper

First Name        Middle Name        Last Name

Case number (*if known*)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**✘** /s/ William Rountree                              Date    01/22/2025

Signature of Attorney for Debtor                                MM   /   DD  / YYYY

William Rountree
_____
Printed name

Rountree, Leitman, Klein & Geer, LLC
_____
Firm name

2987 Clairmont Road
_____
Number    Street

Suite 350
_____

Atlanta                                        GA        30329
_____
City                                           State     ZIP Code

Contact phone  404-584-1238                 Email address   wrountree@rlkglaw.com

616503                                         GA
_____
Bar number                                     State

---

**Fill in this information to identify your case:**

Debtor 1      Bonnie Alexandra Grullon-Cooper
First Name              Middle Name                    Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name             Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  | | | Unsecured claim |
|---|---|---|---|

**1**

US Small Business Administration
Creditor's Name

2 North Street Suite 320
Number        Street

Birmingham            AL      35203
City                  State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on EIDL

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:    − $_____
        Unsecured claim         $_____

$ 500,000.00

**2**

BAYFIRST NATIONAL BANK
Creditor's Name

700 CENTRAL AVE
Number        Street

SUITE 100

ST. PETERSBURG    FL    33701
City                  State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:    − $_____
        Unsecured claim         $_____

$ 148,395.40

Debtor 1  Bonnie Alexandra Grullon-Cooper

First Name    Middle Name    Last Name

Case number (if known)_____

| | Unsecured claim |
|---|---|

**3** AMEX

Creditor's Name

PO BOX 297871

Number    Street

FORT LAUDERDALE  FL    33329

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim    $_____

$ 115,177.00

---

**4** BANKERS HEALTHCARE GROUP, LLC

Creditor's Name

10234 W STATE ROAD 84

Number    Street

DAVIE    FL    33324

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim    $_____

$ 108,580.00

---

**5** COLONY BANK

Creditor's Name

10115 CROWN RIDGE DRIVE

Number    Street

SUITE 103

COVINGTON    GA    30014

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim    $_____

$ 97,147.44

---

**6** LAFAYETTE FEDERAL CRED

Creditor's Name

2701 TOWER OAKS BLVD

Number    Street

ROCKVILLE    MD    20852

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Home Improvement Loan

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim    $_____

$ 91,417.00

---

**7** ONDECK

Creditor's Name

4700 W. DAYBREAK PKWY

Number    Street

SUITE 200

SOUTH JORDAN    UT    84009

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  - Value of security: − $_____
  - Unsecured claim    $_____

$ 91,027.37

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1 | Bonnie Alexandra Grullon-Cooper

First Name   Middle Name   Last Name

Case number (if known)_____

| | | Unsecured claim |
|---|---|---|

**8** CAN CAPITAL

Creditor's Name

1850 PARKWAY PLACE SE

Number       Street

SUITE 1150

MARIETTA          GA    30067

City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim         $_____

$ 88,086.34

---

**9** ENERBANK USA

Creditor's Name

650 S MAIN ST

Number       Street

STE 1000

SALT LAKE CITY        UT   84101

City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Swimming Pool Loan

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim         $_____

$ 80,899.00

---

**10** DEPT OF ED/AIDVANTAGE

Creditor's Name

1600 TYSON BOULEVARD ST

Number       Street

ST MCLEAN          VA    75403

City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Student Loans

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim         $_____

$ 73,090.00

---

**11** DEPT OF ED/AIDvantage

Creditor's Name

1600 Tyson Boulevard

Number       Street

St Mclean          VA    75403

City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Student Loans

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim         $_____

$ 69,447.00

---

**12** REVENUED, LLC

Creditor's Name

525 WASHINGTON BLVD

Number       Street

22ND FLOOR

JERSEY CITY         NJ   07310

City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
           Value of security:    – $_____
           Unsecured claim         $_____

$ 55,903.04

---

Debtor 1  Bonnie Alexandra Grullon-Cooper
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | Unsecured claim |
|---|---|

**13** CAPITAL ON TAP
Creditor's Name

675 Ponce De Leon Ave NE
Number    Street

Suite 8500

Atlanta                    GA    30308
City                          State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt   $41,814.62

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   – $_____
  - Value of security:   $_____
  - Unsecured claim   $_____

**14** HEADWAY CAPITAL
Creditor's Name

4700 W. DAYBREAK PKWY
Number    Street

SUITE 200

SOUTH JORDAN      UT    84009
City                          State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt   $40,370.94

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   – $_____
  - Value of security:   $_____
  - Unsecured claim   $_____

**15** Beacon Funding Corporation
Creditor's Name

3400 Dundee Road
Number    Street

Ste. 180

Northbrook                IL    60062
City                          State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Guarantor on business debt   $40,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   – $_____
  - Value of security:   $_____
  - Unsecured claim   $_____

**16** DEPT OF ED/AIDVANTAGE
Creditor's Name

1600 TYSON BOULEVARD
Number    Street

MCLEAN                    VA    75403
City                          State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Student Loans   $27,154.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   – $_____
  - Value of security:   $_____
  - Unsecured claim   $_____

**17** DEPT OF ED/AIDVANTAGE
Creditor's Name

1600 TYSON BOULEVARD
Number    Street

ST MCLEAN                VA    75403
City                          State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Student Loans   $26,931.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   – $_____
  - Value of security:   $_____
  - Unsecured claim   $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1    Bonnie Alexandra Grullon-Cooper
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | Unsecured claim |
|---|---|

---

**18** Capital One
Creditor's Name
PO Box 31293
Number    Street

Salt Lake City    UT  84131
City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Guaranty on business debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim  $_____

$ 26,216.00

---

**19** FUNDBOX
Creditor's Name
6900 DALLAS PKWY
Number    Street
STE 700

PLANO    TX  75024
City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Guaranty on business debt

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim  $_____

$ 25,706.00

---

**20**

DEPT OF ED/AIDVANTAGE
Creditor's Name
1600 TYSON BOULEVARD
Number    Street

ST MCLEAN    VA  75403
City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Student Loans

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security: − $_____
  Unsecured claim  $_____

$ 25,532.00

---

Debtor 1    Bonnie Alexandra Grullon-Cooper
     First Name     Middle Name     Last Name

Case number *(if known)*_____

---

## Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Bonnie Alexandra Grullon-Cooper    ✘ _____
_____
Signature of Debtor 1             Signature of Debtor 2

Date  01/22/2025_____      Date  01/22/2025_____
    MM /   DD   /   YYYY          MM /   DD   /   YYYY

2283 Investments, LLC
2922 Watson Blvd
Ste. 845
Centerville, GA 31028

AMERICAN EXPRESS
3505 KOGER BLVD
SUITE 125
DULUTH, GA 30096

AMEX
PO BOX 29871
FORT LAUDERDALE, FL 33329

AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329

Amex/CBNA
9111 Duke Blvd
Mason, OH 45040

Apple Card / Goldman Sachs
Lockbox 6112 PO Box 7247
Salt Lake City Branch
Philadelphia, PA 19170

BANKERS HEALTHCARE GROUP, LLC
10234 W STATE ROAD 84
DAVIE, FL 33324

BAYFIRST NATIONAL BANK
700 CENTRAL AVE
SUITE 100
ST. PETERSBURG, FL 33701

Beacon Funding Corporation
3400 Dundee Road
Ste. 180
Northbrook, IL 60062

Best Egg
3419 Silverside Rd
Wilmington, DE 19810

CAN CAPITAL
1850 PARKWAY PLACE SE
SUITE 1150
MARIETTA, GA 30067

CAN CAPITAL ASSET SERVICING, INC.

CAPITAL ON TAP
675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308

Capital One
PO Box 31293
Salt Lake City, UT 84131

COLONY BANK
10115 CROWN RIDGE DRIVE
SUITE 103
COVINGTON, GA 30014

DEPT OF ED/AIDVANTAGE
1600 TYSON BOULEVARD
ST MCLEAN, VA 75403

DEPT OF ED/AIDVANTAGE
1600 TYSON BOULEVARD
MCLEAN, VA 75403

DEPT OF ED/AIDVANTAGE
1600 TYSON BOULEVARD ST
ST MCLEAN, VA 75403

DEPT OF ED/AIDvantage
1600 Tyson Boulevard
St Mclean, VA 75403

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT 84130

DIVVY
13707 S 200
STE 100
DRAPER, UT 84020

ECC Cooper Enterprises, LLC
120 Tom Hill Sr Blvd
Ste. 105A
Macon, GA 31210

ENERBANK USA
650 S MAIN ST
STE 1000
SALT LAKE CITY, UT 84101

FNBO
P.O. BOX 3331 Stop Code 9200
Omaha, NE 68103

FUNDBOX
6900 DALLAS PKWY
STE 700
PLANO, TX 75024

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

GOLDMAN SACHS AND CO
PO BOX 70321
PHILADELPHIA, PA 19176

HEADWAY CAPITAL
4700 W. DAYBREAK PKWY
SUITE 200
SOUTH JORDAN, UT 84009

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

John Max Davis Attorneys at Law
3522 Ashford Dunwoody Road
Ste. 429
Atlanta, GA 30319

JPMCB CARD
PO BOX 15369
WILMINGTON, DE 19850

LAFAYETTE FEDERAL CRED
2701 TOWER OAKS BLVD
ROCKVILLE, MD 20852

NATIONSTAR / MR COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

ONDECK
4700 W. DAYBREAK PKWY
SUITE 200
SOUTH JORDAN, UT 84009

PNC
PO BOX 3479
PITTSBURGH, PA 15230

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222

QUICK BRIDGE FUNDING
410 EXCHANGE
SUITE 150
IRVINE, CA 92602

QUICKBRIDGE FUNDING LLC

REVENUED, LLC
525 WASHINGTON BLVD
22ND FLOOR
JERSEY CITY, NJ 07310

REVENUED, LLC
525 WASHINGTON BOULEVARD
SUITE 300
JERSEY CITY, NJ 07310

SOFI BANK
234 1ST ST
SAN FRANCISCO, CA 94105

Truist Bank
PO BOX 849
WILSON, NC 27894

Truist Card Services
PO Box 200
Wilson, NC 27894

US BANK
4325 17TH AVE S
FARGO, ND 58125

US Bank
4325 17th Ave S
Fargo, ND 58125


US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

United States Bankruptcy Court

Northern District of Georgia

In re:  Bonnie Alexandra Grullon-Cooper

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____01/22/2025_____

/s/ Bonnie Alexandra Grullon-Cooper
_____
Signature of Debtor

_____
Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form—sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + |  $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + |  $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.